*JUDGE CASTEL*

KILPATRICK STOCKTON LLP
Lisa Pearson (LP 4916)
Christopher Lick (CL 1391)
Robert Potter (RP 5757)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

*Attorneys for Plaintiff Zino Davidoff SA*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZINO DAVIDOFF SA, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN RESOURCES CORP., <br><br> Defendant. | 08 Civ. _____  <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Zino Davidoff SA, by and through its undersigned counsel, hereby states that it has no parent company and further states that there are no publicly held corporations that own 10% or more of its stock.

Dated:  New York, New York
        March 18, 2008

                                                  KILPATRICK STOCKTON LLP

                                                  By: _/s/ Lisa Pearson_____
                                                     Lisa Pearson (LP 4916)
                                                     Christopher Lick (CL 1391)
                                                     Robert Potter (RP 5757)
                                              31 West 52nd Street, 14th Floor
                                              New York, NY 10019
                                              (212) 775-8700

                                              *Counsel for Plaintiff Zino Davidoff SA*