UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ZINO DAVIDOFF SA

                                             Plaintiff,        CASE NO
                                                                 08 CV 2900

    -against-

AMERICAN RESOURCE CORP.,                               AFFIDAVIT OF SERVICE


                                             Defendant.

------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK.  ss:

    **Robert Vick,** being duly sworn, deposes and says that he is not a party to the above action, is over 18 years of age, and resides in **Brooklyn, New York.**

    On **MARCH 21, 2008,** at approximately **11:20am,** deponent served a **SUMMONS AND COMPLAINT WITH JUDGE'S RULES AND ECF INSTRUCTION,** in the above captioned action upon **American Resources Corp.,** at **540 Barnum Avenue, Bridgeport, CT 06608,** by delivering a true and correct copy of said document to **A.Ahmad,** who acknowledged that he was authorized to accept service on behalf of America Resource Corp.

    **Mr. AHMAD's** approximate physical description is:

    RACE:       WHITE
    SEX:        MALE
    HAIR:       GREYISH/BALD ON TOP
    EYES:       BROWN/ w GLASSES
    HEIGHT:     5'5"
    WEIGHT:     140 lbs
    AGE:        50-65

                                                                  _____
                                                                   ROBERT VICK

Sworn to Before Me this

3rd day of APRIL, 2008.

_____
    NOTARY PUBLIC


KILPAPRTICK1

       ALBERTO J. GARCIA
   Notary Public, State of New York
        No. 01GA6053013
    Qualified in New York County
  Commission Expires January 29, 20 11