# MEMO ENDORSED



THE LAW FIRM
OF
RAVI BATRA



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

---

THE BATRA BUILDING
142 LEXINGTON AVE.
NEW YORK, NEW YORK 10016
212-545-1993

RAVIBATRALAW@AOL.COM
FAX: 212-545-0967

May 27, 2008

Via Facsimile (212)805-7949
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

*[Handwritten endorsement: The initial conference scheduled for May 30 is adjourned to June 27, 2008 at 10:45 am. SO ORDERED. USDJ 5-29-08]*

Re: First request for adjournment of Pre-Motion Conference scheduled for May 30, 2008 in: *Zino Davidoff v. American Resources Corp.*, 08 CV 2900 (PKC)

Respected Judge Castel:

The undersigned represents defendant American Resources Corp.

By this letter we respectfully request an adjournment of the pre-trial conference scheduled in this matter until June 25, 2008 or June 26, 2008, subject to the Court's availability. No prior requests for an adjournment of this conference have been made. Moreover, this request is being made with the consent of adversary counsel Robert Potter, Esq. and Lisa Pearson, Esq. of Kilpatrick Stockton LLP, who have indicated that they consent to an adjournment to dates the week of June 23, 2008. This consent was obtained via a telephone conversations held on May 27, 2008 between my associate Todd B. Sherman and Mr. Potter. The parties are actively engaged in negotiations to amicably resolve this matter with finality and hopefully we will have a stipulated disposition to be "So Ordered" by the Court.

With regards,

Respectfully yours,
The Law Firm of Ravi Batra, P.C.

Ravi Batra, Esq. (RB 4299)

cc: Robert Potter, Esq. (212) 775-8816
ARC\052708.courtadjrq