

**KILPATRICK STOCKTON LLP**
Attorneys at Law

# MEMO ENDORSED

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08
```

31 West 52nd Street
14th Floor
New York, NY 10019
t 212 775 8700  f 212 775 8800
www.KilpatrickStockton.com

direct dial 212 775 8725
direct fax 212 775 8825
LPearson@KilpatrickStockton.com

June 23, 2008

**Via Facsimile**
**(212) 805-7949**

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

Re:   *Zino Davidoff SA v. American Resources Corp.*, 08 CV 2900 (PKC) -
      Request for adjournment of Pre-Trial Conference scheduled for June 27, 2008

Dear Judge Castel:

*[Handwritten endorsement: Conference adjourned from June 27 to August 4, 2008 at 9:30 am. SO ORDERED. /s/ USDJ 6-23-08]*

We represent plaintiff Zino Davidoff SA in the above-referenced matter.

I am writing with the consent of all the parties to request an adjournment of the pre-trial conference currently scheduled for June 27, 2007 at 10:45 am. in this matter. Opposing counsel Ravi Batra has advised that he is available to appear anytime on July 31, August 4, August 6, or after 2:00 pm on August 5, and I am also available, if such dates are acceptable to the Court. I am unavailable the morning of August 1.

One prior stipulated request for an adjournment of this conference (initially scheduled for May 30, 2008) was made by Mr. Batra on May 27, 2008, and was granted by the Court on May 29, 2008. The parties remain actively engaged in negotiations to resolve this matter amicably and with finality, and are optimistic that we will soon have a stipulated disposition to present to the Court.

The parties therefore respectfully request that the Court grant this extension

Respectfully submitted,

*/s/ Lisa Pearson*

Lisa Pearson

cc:   Ravi Batra, Esq. (212) 545-0967

US2000 10908355.1

ATLANTA  AUGUSTA  CHARLOTTE  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM